UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 23-03277 |
| | ) | |
| Jordan L. Redman, | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| Debtor(s) | ) | |

## AGREED ORDER GRANTING MOTION
## TO MODIFY THE AUTOMATIC STAY AND ABANDONMENT

This case coming before the court on the motion of American Honda Finance Corporation to modify the automatic stay and for abandonment, due notice having been given, and the court being fully advised,

IT IS HEREBY ORDERED:

1. The motion is granted. The automatic stay is modified to permit American Honda Finance Corporation to exercise its in rem rights under non-bankruptcy law against the debtor's property described as 2019 HONDA CRV, VIN: 2HKRW6H33KH226949.

2. The estate's interest is the property is deemed abandoned.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: May 25, 2023

**Prepared by:**

BONIAL & ASSOCIATES, P.C.
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Movant